1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   COURTNEY FEIN, Bar #244785
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   (916) 498-5700

5   Attorney for Defendant
    MIGUEL AGUILAR-QUEVEDO
6

7                IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )   NO. 2:11-cr-00050-MCE
                                     )
11                Plaintiff,         )
                                     )   **STIPULATION AND ORDER;**
12        v.                         )   **CONTINUING STATUS CONFERENCE**
                                     )   **AND EXCLUDING TIME**
13  MIGUEL AGUILAR-QUEVEDO,          )
                                     )   Date:   April 7, 2011
14                Defendant.         )   Time:  9:00 a.m.
    _____)   Judge: Hon. Morrison C. England, Jr.
15

16        IT IS HEREBY STIPULATED by and between the parties hereto through their

17  respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for

18  Plaintiff, and COURTNEY FEIN, attorney for MIGUEL AGUILAR-QUEVEDO, that the

19  status conference hearing date of March 24, 2011 be vacated, and the matter be set for status

20  conference on April 7, 2011 at 9:00 a.m.

21        The reason for this continuance is to allow defense counsel additional time to review

22  the discovery, consult with her client, examine possible defenses, and continue investigating

23  the facts of the case.  Based upon the foregoing, the parties agree that the time under the

24  Speedy Trial Act should be excluded from the date of signing of this order through and

25  including April 7, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to

26  prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

27

28

1    DATED:  March 23, 2011.                          Respectfully submitted,

2                                                     DANIEL J. BRODERICK
                                                      Federal Public Defender
3
                                                      /s/ Courtney Fein
4                                                     COURTNEY FEIN
                                                      Assistant Federal Defender
5                                                     Designated Counsel for Service
                                                      Attorney for MIGUEL AGUILAR-QUEVEDO
6

7    DATED:  March 23, 2011.                          BENJAMIN WAGNER
                                                      United States Attorney
8
                                                      /s/ Michele Beckwith
9                                                     MICHELE BECKWITH
                                                      First Assistant U.S. Attorney
10                                                    Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 24, 2011, status conference hearing be continued to April 7, 2011, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the April 7, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   March 23, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3